AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   16-mj-6976 |
| Carlos Djemal | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Carlos Djemal

Date:   11/04/2016

*Attorney's signature*

Ronald P. Fischetti      Bar # RF-0509
*Printed name and bar number*

747 Third Avenue
20th Floor
New York, New York 10017

*Address*

rpfischetti@gmail.com
*E-mail address*

(212) 593-7100
*Telephone number*

(212) 758-2809
*FAX number*