UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                       :
UNITED STATES OF AMERICA               :        **FINAL ORDER OF**
                                       :        **FORFEITURE**
        -v.-                           :
                                       :        16 Cr. 829 (AKH)
CARLOS DJEMAL NEHMAD,                   :
                                       :
        Defendant.                     :
                                       :
------------------------------------- X

        WHEREAS, on or about May 29, 2018, the Court entered a Consent Preliminary

Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of

Forfeiture") (D.E. 144) with respect to CARLOS DJEMAL NEHMAD (the "Defendant"),

imposing a money judgment in the amount of $21,000,000 in United States currency against the

Defendant, and forfeiting to the United States all right, title and interest of the Defendant in the

following specific property:

> a.   All right, title, and interest of the Defendant's ownership interest in
>      Investabank, a financial institution organized under the laws of
>      Mexico ("Investabank") as a substitute asset pursuant to Title 21,
>      United States Code, Section 853(p); and
>
> b.   All right, title, and interest of the Defendant in a mural painting
>      located in the defendant's home in Mexico (the "Mural") as a
>      substitute asset pursuant to Title 21, United States Code, Section
>      853(p);

(a. and b., collectively, the "Specific Property");

        WHEREAS, the Preliminary Order of Forfeiture directed the United States to

publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture,

notice of the United States' intent to dispose of the Specific Property, and the requirement that any

person asserting a legal interest in the Specific Property must file a petition with the Court in

accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The

Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on February 28, 2019, for thirty (30) consecutive days, through March 29, 2019, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on January 9, 2023 (D.E. 183);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, pursuant to the terms of the Preliminary Order of Forfeiture, Olga Cassab, consented to the forfeiture of the Specific Property;

WHEREAS, the Defendant and Olga Cassab are the only persons and/or entities known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest

the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as

set forth in Title 21, United States Code, Section 853(n)(2).

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.     All right, title and interest in the Specific Property is hereby forfeited and

vested in the United States of America, and shall be disposed of according to law.

2.     Pursuant to Title 21, United States Code, Section 853(n)(7) the United

States of America shall and is hereby deemed to have clear title to the Specific Property.

3.     The United States Department of Treasury (or its designee) shall take

possession of the Specific Property and dispose of the same according to law, in accordance with

Title 21, United States Code, Section 853(h).

Dated: New York, New York
       January __/Q__, 2023

SO ORDERED:

HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

3